US DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 16 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LOURDES RUEDA                                                        PLAINTIFF

v.                             NO. 10-5169

MSCB, INC.                                                           DEFENDANT

## COMPLAINT

Comes the Plaintiff, Lourdes Rueda, by and through her attorney, Ken Swindle, and for her Complaint states as follows:

### I. INTRODUCTION

1. This is an action for damages by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA") by MSCB, Inc., and under tort law of the State of Arkansas.

2. Jurisdiction of this Court arises under 15 U.S.C. §1692k(2)(d) and 28 U.S.C. §1337, in order to secure the relief authorized by the FDCPA, 15 U.S.C. §1692, *et seq.*

3. Plaintiff, Lourdes Rueda, is an individual consumer residing in Rogers, Benton County, Arkansas, and protected under 15 U.S.C. §1692, *et seq.*

4. Defendant, MSCB, Inc., is an out-of-state corporation, registered with the State of Arkansas, engaged in the business of collecting debts with its registered agent located in Little Rock, Pulaski County, Arkansas.

5. Defendant's principal purpose is to collect debts, and does so using the United States Postal Service, as well as the telephone, and regularly attempts to collect debts alleged to be due to another and therefore is and has been at all relevant times herein a "debt collector" within the meaning of 15 U.S.C. 1692a(6).

6. Defendant is licensed with the Arkansas Secretary of State to do business in the State of Arkansas, listing The Corporation Company, 124 West Capitol Avenue, Suite 400, Little Rock AR 72201 as the agent for service of process for the Defendant.

## II.   FACTUAL STATEMENT

7. On or about August 18, 2010, the Defendant notified the Plaintiff that they were collecting a debt on behalf of Mercy Medical Center. (See Plaintiff's Exhibit A, attached.)

8. On September 2, 2010, pursuant to 15 U.S.C. 1692 § 805(c), attorney for the Plaintiff notified the Defendant that the Plaintiff was represented by the attorney and that all contact with Ms. Rueda should stop immediately, except for allowed further communication by the FDCPA. (See Plaintiff's Exhibit B, attached).

9. On September 2, 2010, attorney for the Plaintiff faxed a copy of the notice to Defendant that Defendant should cease contact with the Plaintiff. (See, Plaintiff's Exhibit C, attached).

10. On September 3, 2010, the Defendant sent Plaintiff a letter soliciting payment of the debt and issuing further threats by stating that an attorney will file suit against Plaintiff, stating that Defendant was giving Plaintiff "one more chance to pay". (See, Plaintiff's Exhibit D, attached).

## III.   VIOLATION OF THE FDCPA

11. The September 3, 2010 communication was in violation of 15 U.S.C. 1692 § 805(c).

12. Under 15 U.S.C. 1692 § 813, the Defendant is subject to civil liability for its violation of 15 U.S.C. 1692 § 805(c).

WHEREFORE, Plaintiff respectfully prays for a jury trial and that judgment be entered against the Defendant for actual damages, statutory damages, costs and reasonable attorney fees and for all other proper relief.

Respectfully Submitted,

_____
Ken Swindle
Ark. Bar #97234
619 West Persimmon Street
Rogers  AR  72756
Tel.  (479) 621-0120
Fax  (479) 621-0838